UNITED STATES, Appellee

v

FRANK A. LACH, Private First Class, U. S. Army, Appellant

7 USCMA 305, 22 CMR 95

No. 8086

Decided August 24, 1956

*Lieutenant Colonel James M. Scott* and *First Lieutenant James L. Gault* were on the brief for Appellant, Accused.

*Lieutenant Colonel Thomas J. Newton, Captain Vernon M. Culpepper,* and *First Lieutenant William K. Davenport* were on the brief for Appellee, United States.

### Opinion of the Court

ROBERT E. QUINN, Chief Judge:

Among the issues in this case is one similar to that presented in United States v Hawthorne, 7 USCMA 293, 22 CMR 83. For the reasons set out in that opinion, the findings of guilty and the sentence are set aside. The record of trial is returned to The Judge Advocate General of the Army for transmittal to the officer exercising summary court-martial jurisdiction over the accused for his consideration and action.

Judge FERGUSON concurs.

LATIMER, Judge (concurring in the result):

I concur in the result for the reasons set forth in my concurring opinion in United States v Hawthorne, 7 USCMA 293, 22 CMR 83.